AO 91 (Rev. 11/11)   Criminal Complaint

SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

OCT 3 1 2019

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. |
| JOHN RUTLEDGE | ) 3:19-MJ- |
|  | ) 3-19MJ984-BT |
|  | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 30, 2019 _____ in the county of _____ Dallas _____ in the
_____ Northern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See attached Affidavit of SA Alexander Urrutia.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexander Urrutia, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10·31·19__

_____
*Judge's signature*

City and state:    ___ Dallas, Texas

REBECCA RUTHERFORD, U.S. Magistrate Judge
*Printed name and title*

I, Alexander Urrutia, being first duly sworn, hereby depose and state as follows:

## AFFIDAVIT

1.      I make this affidavit in support of an arrest warrant, via criminal complaint, for John Rutledge,  a white male, date of birth XX/XX/1964, for the offense of bank robbery, in violation of 18 U.S.C. § 2113(a)

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since May 24, 2018.  Prior to that time, I was in training at Quantico, Virginia. During my training and since that time, I received formal training from the FBI as well as training through contact with experts from various law enforcement agencies regarding robbery investigations and safe burglaries. Based on my experience investigating burglaries, robberies and other violent crimes and discussions with other law enforcement officers, I am familiar with the ways in which bank robbers conduct their business, including the various means and methods by which robberies and burglaries are committed, including the use of cellular telephones to facilitate the commission of offenses.

3.      The facts in this affidavit come from my personal observations, my training and experience, and discussions and collaboration with other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## OVERVIEW

4.      On October 17, 2019 at approximately 3:30 p.m., a suspect entered the Oakwood Bank located at 8411 Preston Road, Dallas, Texas wearing a fake beard and a

Affidavit in Support of GPS Search Warrant – Jeffrey Ewing- Page 1

bright green baseball cap and carrying a dark colored satchel or briefcase. The suspect wore a latex glove on his right hand and a black cloth or leather glove on his left hand. The suspect paused near the teller counter briefly but no employees were at the counter at that time. A banker seated at a nearby desk immediately believed they were about to get robbed but asked if he could help the suspect. The suspect directed him to go to the teller counter and the banker complied. The suspect handed the banker a brown plastic bag and told him something similar to, "Fill it up. You know what to do." The banker placed $12,097 in the bag and the suspect stated, "Thank you," as he left on foot towards a nearby parking garage.



5.      FBI Task Force Officer (TFO) Meagan Mulvihill responded to the offense location and obtained video footage from the bank and from the property management company that owns the building containing the bank. The management company footage revealed that the suspect arrived in a black Cadillac Escalade with a possible (blurred) license plate of MCP4559 or similar. This plate or similar variations did not return to a

**Affidavit in Support of GPS Search Warrant – Jeffrey Ewing- Page 2**

Cadillac.



6.      However, earlier that day and before the bank robbery, at approximately 11:40-11:45 a.m. a black Cadillac Escalade (**Subject Vehicle**) consistent with the suspect vehicle – appearing to have the same front and rear lights, chrome accents, wheels, and overall body style – parked in the exact same parking spot as the suspect in the bank robbery.  At that time, Texas license plate LGP8976 could be seen on the video footage. A heavier-set white male exited the vehicle and walked through the hallway containing the bank entrance, exited another set of external doors, and then returned a few minutes later in the same path and returned to the Escalade.



**Affidavit in Support of GPS Search Warrant – Jeffrey Ewing- Page 3**

7.     A registration check revealed the **Subject Vehicle** was registered to Kelly Rutledge, who appeared to be married to John Rutledge, date of birth XX/XX/1964 (**Rutledge**). On February 1, 2019, John Rutledge reported a burglary of a motor vehicle offense involving the **Subject Vehicle** to the Frisco Police Department, documented on case number 19012833. A check of **Rutledge**'s Texas driver's license photo taken May 2014 and a public Facebook profile (https://www.facebook.com/john.rutledge.52) photo posted in June 2019 revealed he was physically consistent with the subject that committed the above described offense.



8.     On October 18, 2019, a State of Texas search warrant for a tracker for the

**Affidavit in Support of GPS Search Warrant – Jeffrey Ewing- Page 4**

**Subject Vehicle** was signed. The **Subject Vehicle** was located on the same date and the tracker was placed on the vehicle.

9.      On October 30, 2019, Dallas Police Deployment elements were surveilling **Rutledge** and the **Subject Vehicle** with the assistance of the vehicle tracker. At approximately 1:00 p.m., the **Subject Vehicle** drove west bound on 5700 Chatham Hill Road, which is a dead end street, and stopped. A few minutes later, the **Subject Vehicle** emerged and Deployment elements were able to locate the **Subject Vehicle**. Deployment Officer Hunter #9857 observed that the license plate on the back of the vehicle had been changed. A Texas license plate, MCP4559, was taped onto the back of the vehicle. A registration check of license plate MCP4559 returned to a 2017 Honda Civic. Deployment Officers Hunter #9857 and M. Terry #8915 observed that the driver, the sole occupant of the vehicle, was **Rutledge**. Deployment Officer Hunter also observed that a black marking had been used to cover up the registration sticker. At approximately 1:46 p.m., Officer Hunter observed the **Subject Vehicle** park in front of the Lift House Fitness located at 6015 Berkshire Ln, Dallas, Texas 75225.

10.     Hunter observed **Rutledge** put a covering on his face and exit the vehicle wearing a dark brown jacket, blue jeans, white shoes and a dark colored hat. **Rutledge** was carrying a brown briefcase and exited the vehicle. **Rutledge** approached the Bank of America located at 6019 Berkshire Ln, Dallas, Texas. Something appeared to startle **Rutledge** as he approached the doors to the bank so he turned around, re-entered his vehicle and drove away after removing the covering from his face. Deployment elements continued

Affidavit in Support of GPS Search Warrant – Jeffrey Ewing- Page 5

to follow **Rutledge**. At approximately 1:59 p.m., Deployment Officer Hunter observed **Rutledge** park in the same place and cover his face again. At approximately 2:01 p.m., **Rutledge** exited his vehicle and walked towards the Bank of America. Deployment Officer Terry was able to capture footage of **Rutledge** approaching and entering the bank at approximately 2:02 p.m. **Rutledge** entered the bank. At approximately 2:03 p.m., Deployment Officer Terry observed **Rutledge** leave the Bank of America. Deployment Officer Hunter observed **Rutledge** enter the **Subject Vehicle** and drive to 8400 Douglas Avenue, Dallas, Texas where he turned north. Deployment Officer R. Turner #6558 was able to follow **Rutledge** in the **Subject Vehicle** to the west alley of 10000 Quincy Lane, Dallas, Texas. Deployment Officer Turner observed **Rutledge** behind the **Subject Vehicle** attempting to change out the license plate. Deployment Officer Turner directed uniformed Dallas Police Officers to **Rutledge** where he was placed under arrest. At the time of his arrest, Rutledge was wearing clothes matching those worn by the bank robber, to include a leather jacket over a blue windbreaker, jeans and white athletic shoes (see still photos below).

11.     **Rutledge** was transported to Dallas Police Headquarters to be interviewed by Dallas Police Robbery Detective Prince #9117. Detective Prince read the Miranda Warning to the **Rutledge**, which he waived and voluntarily spoke to the Detective. **Rutledge** admitted to committing the robbery of the Bank of America that day, the Oakwood Bank mentioned above, and other related bank robberies. Approximately $5,730.10 dollars was taken during the offense. This offense is documented under Dallas

**Affidavit in Support of GPS Search Warrant – Jeffrey Ewing- Page 6**

Police service number 219865-2019.

12.    Still shots of the suspect taken from surveillance footage were provided by Bank of America.

 

13.    Detective Prince obtained a State of Texas search warrant for the **Subject Vehicle**. The following items of relevance were located during the search: a brown satchel containing $5,725 and a black BB gun, a pair of sunglasses, a fake beard, a dark colored baseball cap (which matched the clothing and items in the surveillance photos above) and Texas license plate MCP4559.

## CONCLUSION

14.    Based on the above-mentioned facts and circumstances, I believe there is probable cause to believe that on or about October 30, 2019, John Rutledge, date of birth XX/XX/1964, knowingly and intentionally committed a violation of 18 U.S.C. § 2113(a), that is, bank robbery, at the Bank of America, located at 6019 Berkshire Ln, Dallas, Texas,

Affidavit in Support of GPS Search Warrant – Jeffrey Ewing- Page 7

a location within the Northern District of Texas.

15.     Accordingly, I request the Court issue an arrest warrant, via criminal complaint, for the arrest of John Rutledge.

ALEXANDER URRUTIA
Special Agent
Federal Bureau of Investigation

Sworn to before me this _31_ day of October 2019.

REBECCA RUTHERFORD
United States Magistrate Judge
Northern District of Texas

**Affidavit in Support of GPS Search Warrant – Jeffrey Ewing- Page 8**