# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

HONORABLE: <u>David L. Horan</u>

DEPUTY CLERK: S. Todd

LAW CLERK: _____

INTERPRETER: _____

PRESIDING: _____

COURT REPORTER/TAPE NUMBER: <u>FTR</u>

USPO: _____

Date: December 12, 2019

*1:09 - 1:10*

---

Cr.No.<u>3:19-cr-00606-L</u>

DEFT. No._____

UNITED STATES OF AMERICA

v.

JOHN RUTLEDGE (1)

§
§
§
§
§

__Shane Read_____, AUSA

__Erin Brennan (F)_____

COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

---

## ARRAIGNMENT/REARRAIGNMENT

Time in Court:_____ *1 m*

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial:_____

Hearing Concluded:  ☐ Yes  ☐ No

☐ Defendant SWORN.

☑ Arraignment  ☐ Rearraignment – Held on Count(s) ___1-3_____

of the __3___ count(s)  ☑ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint

☐ Sentencing Guidelines  ☐ Superseding Information

☑ Deft enters a pleas of  ☑ Not Guilty  ☐ Guilty  ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted  ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set  Date: _____  Time: _____

☐ Trial set for  Date: _____  Time: _____
   Pretrial motions due: _____  Discovery motions/Government Responses due: _____

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed.  PSI due: _____  Pre-sentence Referral Form to: _____

☐ Deft Bond  ☐ Set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR

☐ Deft failed to appear, bench warrant to issue.

☐ Bond  ☐ continued  ☐ forfeited

☑ Deft Custody/Detention continued.

☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 1 2 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy