IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:19-CR-606-L |
| JOHN RUTLEDGE (01) | |

## FACTUAL RÉSUMÉ

### PLEA:

Counts One, Two, and Three of Indictment: Bank Robbery, in violation of 18 U.S.C. § 2113(a).

### MAXIMUM PENALTY:

The maximum penalties the Court can impose for each count include:

- Imprisonment for a period not to exceed 20 years;

- A fine not to exceed $250,000, or twice any pecuniary gain to the defendant or loss to the victim(s);

- A term of supervised release not to exceed three years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any of the conditions of supervised release, he could be imprisoned for an additional term of imprisonment;

- A $100 mandatory special assessment;

- Incarceration and supervision costs;

- Forfeiture of property; and

- Restitution to victims or to the community.

## OFFENSE ELEMENTS:

The elements the government must prove beyond a reasonable doubt to establish the offenses alleged in Counts One, Two, and Three of the Indictment are:

<u>First:</u>  That on or about the date alleged in the indictment, the defendant intentionally took money from a person or presence of another;

<u>Second:</u>  That the money belonged to a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); and

<u>Third:</u>  That the defendant took the money by means of intimidation.

## STIPULATED FACTS:

<u>Count One:</u>

On or about September 30, 2019, in the Dallas Division of the Northern District of Texas, John Rutledge, defendant, knowingly and intentionally took money, by means of intimidation, from an employee of Legacy Texas Bank, located at 10720 Preston Road, Dallas, Texas, and this money belonged to and was in the care, custody, control, management, and possession of Legacy Texas Bank, a bank, the deposits of which were then insured by the FDIC. No weapon was involved in the taking of this money. Mr. Rutledge admits this conduct violates 18 U.S.C. § 2113(a).

<u>Count Two:</u>

On or about October 17, 2019, in the Dallas Division of the Northern District of Texas, John Rutledge, defendant, knowingly and intentionally took money, by means of intimidation, from an employee of Oakwood Bank, located at 8411 Preston Road, Suite 600, Dallas, Texas, and this money belonged to and was in the care, custody, control, management, and possession of Oakwood Bank, a bank, the deposits of which were then insured by the FDIC. No weapon was involved in the taking of this money. Mr. Rutledge admits this conduct violates 18 U.S.C. § 2113(a).

**Factual Resume – Page 2**

Count Three:

On or about October 30, 2019, in the Dallas Division of the Northern District of Texas, John Rutledge, defendant, knowingly and intentionally took money, by means of intimidation, from an employee of Bank of America, located at 6019 Berkshire Lane, Dallas, Texas, and this money belonged to and was in the care, custody, control, management, and possession of Bank of America, a bank, the deposits of which were then insured by the FDIC. No weapon was involved in the taking of this money. Mr. Rutledge admits this conduct violates 18 U.S.C. § 2113(a).

**RIGHT TO APPEAL:**

Mr. Rutledge understands that he has retained all of his rights to appeal and that he has the ability and right to file a Notice of Appeal to the United States Court of Appeals for the Fifth Circuit. Mr. Rutledge acknowledges that if he wishes to appeal his conviction or sentence, he must do so within 14 days of the date of the written judgment by either contacting the Clerk of Court himself or by contacting his attorney, in writing, and asking that the Notice of Appeal be filed on his behalf.

AGREED AND STIPULATED this 13th day of October, 2020.

JOHN RUTLEDGE
Defendant

ERIN BRENNAN
Counsel for Defendant